[Cite as *05/27/2014 Case Announcements*, 2014-Ohio-2221.]

### MISCELLANEOUS DISMISSALS

2014–0569.   **State ex rel. Teagarden v. Branstool.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.
   Upon consideration of the joint application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*May 28, 2014*

[Cite as *05/28/2014 Case Announcements*, 2014-Ohio-2245.]

### MERIT DECISIONS WITHOUT OPINIONS

2014–0318.   **James v. State.**
Clark App. No. 2013–CA–28, 2014-Ohio-140. Upon consideration of the jurisdictional memoranda filed in the case, the court accepts the appeal. The judgment of the court of appeals is reversed and this cause is remanded for application of *Mansaray v. State*, 138 Ohio St.3d 277, 2014-Ohio-0750.

O'Connor, C.J., and O'Donnell, Lanzinger, Kennedy, and French, JJ., concur.

Pfeifer and O'Neill, JJ., dissent.